IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARWIN GAYE                                                                                    PETITIONER

v.                                   NO. 5:09CV00351 SWW

LARRY NORRIS, Director of the                                                        RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Darwin Gaye is denied, as is his motion for appointment of counsel.  All requested relief is denied, and judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 8th day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE